IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

EBONE FISHER,

    Plaintiff,

v.

FUYAO GLASS AMERICA, INC.,
et al.,

    Defendants.

:
:
:
:

Case No. 3:18-cv-405

JUDGE WALTER H. RICE

---

DECISION AND ENTRY SUSTAINING JOINT MOTION TO MODIFY SCHEDULING ORDER (DOC. #17); VACATING APRIL 20, 2020, TRIAL DATE; CONFERENCE CALL SET FOR APRIL 8, 2020, TO SET NEW TRIAL DATE

---

For good cause shown, the Court SUSTAINS the parties' Joint Motion to Modify Scheduling Order, Doc. #17. The Court presumes that expert witnesses and rebuttal witnesses have been disclosed, and that all discovery has been completed, given that the parties' recommended deadlines have passed and no further extensions have been requested.

The Court VACATES the April 20, 2020, trial date. The Court will hold a conference call on April 8, 2020, at 4:30 p.m., to set new deadlines and a new trial date.

Date: March 16, 2020

*[signature: Walter Rice]*

WALTER H. RICE
UNITED STATES DISTRICT JUDGE